UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-6943

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LAZARO TAPIA-SANTANA, a/k/a Lazaro Tapia Martinez,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  W. Earl Britt, Senior District Judge.  (CR-93-62-3)

———————

Submitted:  October 8, 1999          Decided:  October 26, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lazaro Tapia-Santana, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lazaro Tapia-Santana appeals the district court's order denying his motion to remit payment of his criminal fine.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Tapia-Santana, No. CR-93-62-3 (E.D.N.C. June 22, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED